TX, Marc Sands Culp, Esq., Culp & Dyer, L.L.P., Denton, TX, for Appellees.

Before JOLLY, HAYNES, and COSTA, Circuit Judges.

PER CURIAM: *

Yaquinto previously moved to dismiss this appeal as equitably moot. Whether an appeal is equitably moot is determined by three factors: "(i) whether a stay has been obtained, (ii) whether the plan has been 'substantially consummated,' and (iii) whether the relief requested would affect either the rights of parties not before the court or the success of the plan." *Manges v. Seattle–First Nat'l Bank (In re Manges)*, 29 F.3d 1034, 1039 (5th Cir.1994). Here, all three *Manges* factors favor equitable mootness: Both parties agree that no stay was obtained; the plan has been substantially consummated because the plan administrator transferred property and fully funded the claims reserve and McCray's divorce has been finalized pursuant to the plan;[1] and the rights of third parties—Nikki McCray and the Nicholsons—would be affected if the plan were overturned. Further, this case does not implicate any of the concerns raised in *Pacific Lumber* because dismissing the appeal does not impact secured creditors nor did the plan present the court with a *"fait accompli* [:] a plan that was substantially

consummated within weeks of confirmation." *In re Pacific Lumber Co.*, 584 F.3d 229, 242 (5th Cir.2009).

For the above reasons, we order that the motion to dismiss the appeal as equitably moot, previously ordered carried with the case, is now GRANTED and the appeal is DISMISSED.

---

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edgar Omar PALOS, Defendant–Appellant.**

**No. 14–41340**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 12, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lydia J. Lizarribar–Masini, Esq., Lizarribar–Masini Law Office, San Juan, Pr, for Defendant–Appellant.

---

**186**

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edgar Omar Palos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Palos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.